**Travis JONES, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 534, 2015

Supreme Court of Delaware.

Submitted: October 19, 2016

Decided: December 5, 2016

Court Below: Superior Court of the State of Delaware, ID No. 1306004908

AFFIRMED.

**Idris YOUNG, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 502, 2016

Supreme Court of Delaware.

Submitted: October 24, 2016

Decided: December 5, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0511017930A

GRANTED. AFFIRMED.

**STATE of Delaware, Plaintiff Below–Appellant,**

v.

**Dimaere BRADY, Defendant Below–Appellee.**

No. 140, 2016

Supreme Court of Delaware.

Submitted: October 13, 2016

Decided: December 5, 2016

Court Below: Superior Court of the State of Delaware, ID No. 1509018082

REVERSED.

**Ebonic BELL, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 337, 2016

Supreme Court of Delaware.

Submitted: November 17, 2016

Decided: December 6, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 141108472

AFFIRMED.